P. Ryan, Asst. Attorney General, for plaintiff-respondent. *Anthony S. Del Giudice,* for defendant-petitioner.

M. P. No. 1410. STATE *v.* RAYMOND WILBUR. Motion for leave to file petition for writ of certiorari denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *James Cardono,* Public Defender, *Moses Kando,* Asst. Public Defender, for defendant-petitioner.

M. P. No. 1418. STATE *v.* RUDOLPH G. SCIARRA *et al.* Petition for writ of habeas corpus ad testificandum is denied. Paolino, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Charles J. Rogers, Jr., Raymond J. Daniels,* for defendants-petitioners.

M. P. No. 1419. STATE *v.* ROBERT FAIRBROTHERS. Petition for writ of habeas corpus ad testificandum denied. Paolino, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Anthony S. Del Giudice,* for defendant-petitioner.

M. P. No. 1420. CITY OF NEWPORT *et al. v.* FREDERICK C. B. SMYTH *et al.* Petition for writ of certiorari denied. *James S. O'Brien,* City Solicitor of Newport, *Corcoran, Peckham & Hayes, Arthur W. Murphy,* for plaintiffs-respondents. *Richard J. Israel,* Attorney General, *W. Slater Allen,* Asst. Attorney General, for defendants-petitioners.

M. P. No. 1436. JOSE DA ROSA *v.* FRANCIS A. HOWARD, *Warden.* Respondent directed to file answer to petition for habeas corpus and *show cause,* if any he has, why writ should not issue as prayed, answer to comply with Provisional Order No. 7. *Joseph B. Carty,* for petitioner. *Richard J. Israel,* Attorney General, for respondent.

Ex. &c. No. 802. STATE *v.* ALEXANDER MANCINI. Motion for leave to reargue denied. *Richard J. Israel,* Attorney Gener-